HARVARD LAW SCHOOL LIBRARY

## SUCCESSION OF JOHNSON.

Minors will not be bound by a promissory note signed by their tutor in his official capacity in the absence of proof of judicial authority to make the note, or that its consideration inured to their benefit.

APPEAL from the District Court of West Feliciana, *Lawson*, J. *Ratliff* and *Cowgill*, for the tutor, and *J. H. Collins*, for the under tutor, appellants. *Patterson* and *Brewer*, for the opponents, *Dorsey & Co.* The judgment of the court (*King* J. absent,) was pronounced by

SLIDELL, J. *J. Dorsey & Co.* sought to charge the estate of the minors *Johnson*, upon a promissory note sighed by *Doherty*, their tutor, in his official capacity.

In the absence of proof of a judicial authorization to make the note, or that the consideration of the note inured to the benefit of the minors, we think the claim should have been rejected. That those creditors formerly considered *Doherty* personally their debtor, is shown by the fact that they sued him personally upon the notes, and obtained a personal judgment against him.

It is, therefore, decreed that, the judgment upon the opposition of said *J. Dorsey & Co.* be reversed, and that upon said opposition there be judgment in favor of said minors; the costs of said opposition in both courts be to be paid by said opponents.